**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| In the Matter of Subpoena Duces Tecum No. 25-1431-017 to Children's Health Care d/b/a Children's Minnesota | Case No. _____<br><br>**CHILDREN'S HEALTH CARE D/B/A CHILDREN'S MINNESOTA'S MOTION TO QUASH SUBPOENA** |

1. On June 11, 2025, Subpoena No. 25-1431-017 ("Subpoena") was issued by Requester, the United States of America Department of Justice ("Requester"), upon Respondent, Children's Health Care d/b/a Children's Minnesota ("Respondent" or "Children's Minnesota"), pursuant to 18 U.S.C. § 3486.1.

2. Requester is an agency pursuant to 5 U.S.C § 701(b)(1) and the Subpoena is administrative pursuant to 18 U.S.C § 3486.

3. Children's Minnesota is a pediatric hospital located in Minnesota and a provider of medical care and treatments to minor patients by and through, among other programs and clinics, its Gender Health Program for Children. Movant possesses patient medical records, and related documents, that contain highly sensitive protected health information about individual patients and their families ("Patient Records").

4. The Subpoena expressly seeks identities of patients that have received care from Children's Minnesota and their medical records and the intimate personal details therein.

5. In requesting such records, the Subpoena violates the privacy rights of patients and their parents.

82641877v1

6. The Requester also issued the Subpoena for an improper purpose, particularly as to information that identifies or could result in the identification of individual patients, and their highly sensitive protected health information, and/or their families ("Patient Records").

7. The return date listed on the Subpoena is July 9, 2025. On July 8, 2025, Children's Minnesota served objections to the Subpoena that expressed its intentions to comply with the Subpoena as to certain requests that do not seek Patient Records. On the basis of its objections, Children's Minnesota asserted that it would withhold from production certain Patient Records, including in response to Document Request Nos. 2, 3, 4, 5, 11, 12, 13, and 15, which of which in whole or in part requested Patient Records.

8. Since then, Children's Minnesota has otherwise cooperated with the Requester and complied, in good faith, with its obligations under the Subpoena and has produced hundreds of responsive documents that exclude Patient Records. Children's Minnesota is currently reviewing thousands of additional documents and intends to produce additional documents, except Patient Records.

9. Requester has recently insisted on compliance with those requests within the Subpoena that seek Patient Records.

10. Children's Minnesota hereby moves this Court for an order to quash the Subpoena as to all requests for Patient Records demanded in the Subpoena, more specifically identified below. Specifically, Children's Minnesota seeks to quash the Subpoena as to the following requests:

      a. Request 11: "Documents sufficient to identify each patient (by name, date of birth, social security number, address, and parent/guardian information) who was prescribed puberty blockers or hormone therapy."

b. Request 12: "For each such patient identified in Subpoena specification 11, *supra*, documents relating to the clinical indications, diagnoses, or assessments that formed the basis for prescribing puberty blockers or hormone therapy."

c. Request 13: "All documents relating to informed consent, patient intake, and parent or guardian authorization for minor patients identified in Subpoena specification 11, *supra*, including any disclosures about off-label use (i.e., uses not approved by the United States Food and Drug Administration) and potential risks.

d. Any and all other Requests enumerated in the Subpoena (Request 1 through Request 15) to the extent that such Requests or sub-Requests call for the production of the identities Patient Records or identifying or health information otherwise of patients and their parents.

11.     In support of its Motion, Children's Hospital incorporates an accompanying memorandum of law and declarations and evidence.

Dated: May 4, 2026                          LATHROP GPM LLP

By: /s/ *David Archer*
David Archer (MN Lic. No. 0399150)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.632.3313
david.archer@lathropgpm.com

Jean Paul Bradshaw (MO Lic. No. 31800) (*Pro Hac Vice Forthcoming*)
Jackson Hobbs (MO Bar #71004) (*Pro Hac Vice Forthcoming*)
2345 Grand Blvd., Suite 220 Kansas City, Missouri 64108 jeanpaul.bradshaw@lathropgpm.com
jackson.hobbs@lathropgpm.com

**ATTORNEYS FOR CHILDREN'S HEALTH CARE d/b/a CHILDREN'S MINNESOTA**

3