**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| In the Matter of Subpoena Duces Tecum No. 25-1431-017 to Children's Health Care d/b/a Children's Minnesota | Case No. _____<br><br>**NOTICE OF HEARING** |

PLEASE TAKE NOTICE that a hearing on the Motion to Limit Subpoena Duces Tecum of Children's Health Care d/b/a Children's Minnesota, the respondent to Subpoena Duces Tecum No. 251431-017 to Children's Health Care d/b/a Children's Minnesota in the above-captioned matter, will be held before a District Judge or Magistrate Judge to be assigned  on a date and time to be determined by the Court.

Dated: May 4, 2026

LATHROP GPM LLP

By: /s/ *David Archer*
David Archer (MN Lic. No. 0399150)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.632.3313
david.archer@lathropgpm.com

Jean Paul Bradshaw (MO Lic. No. 31800) (*Pro Hac Vice Forthcoming*)
Jackson Hobbs (MO Bar #71004) (*Pro Hac Vice Forthcoming*)
2345 Grand Blvd., Suite 220 Kansas City, Missouri 64108
jeanpaul.bradshaw@lathropgpm.com
jackson.hobbs@lathropgpm.com

**ATTORNEYS FOR CHILDREN'S HEALTH CARE d/b/a CHILDREN'S MINNESOTA**

82641875v1