UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: _____

In Re: Administrative Subpoena No. 25-1431-017 to Children's Health Care d/b/a Children's Minnesota,

**CHILDREN'S HEALTH CARE D/B/A CHILDREN'S MINNESOTA'S RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, David C. Archer, certify that movant Children's Health Care d/b/a Children's Minnesota's Memorandum of Law in Support of Motion to Quash Subpoena complies with Local Rules 7.1.

I further certify that, in preparation of the above document, I used Microsoft Word for Microsoft 365 MSO, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced document contains 8,433 words.

Dated: May 4, 2026

LATHROP GPM LLP

By: /s/ *David Archer*
David Archer (MN Lic. No. 0399150)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.632.3313
david.archer@lathropgpm.com

Jean Paul Bradshaw (MO Lic. No. 31800) (*Pro Hac Vice Forthcoming*)
Jackson Hobbs (MO Bar #71004) (*Pro Hac Vice Forthcoming*)
2345 Grand Blvd., Suite 220
Kansas City, Missouri 64108
jeanpaul.bradshaw@lathropgpm.com
jackson.hobbs@lathropgpm.com

**ATTORNEYS FOR CHILDREN'S HEALTH CARE d/b/a CHILDREN'S MINNESOTA**