**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In the Matter of Subpoena Duces Tecum No. 25-1431-017 to Children's Health Care d/b/a Children's Minnesota | **CHILDREN'S MINNESOTA'S RESPONSE AND OBJECTIONS TO SUBPOENA DUCES TECUM** |

For its response to the Subpoena Duces Tecum No. 25-1431-017 to Children's Health Care d/b/a Children's Minnesota, dated June 11, 2024 ("Subpoena"), and the Document Requests contained therein (each a "Request" and collectively the "Requests"), Children's Health Care d/b/a Children's Minnesota ("Children's Minnesota") states as follows:

**General Objections**

1.       Children's Minnesota objects to any Request to the extent it calls for the production of information or documents protected by the attorney-client privilege, the work-product doctrine, or other privileges.

2.       Children's Minnesota objects to any Request to the extent it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment.

3.       Children's Minnesota objects to any Request to the extent it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under the Health Insurance Portability

1

and Accountability Act of 1996, 42 U.S.C. 1320d et seq. and its implementing regulations at 45 C.F.R., Subtitle A, Subchapter C, Parts 160—164 ("HIPAA"), or under any other state or federal laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota will withhold from production documents on the basis of these objections, including in response to Document Request Nos. 2, 3, 4, 5, 11, 12, 13, and 15.

4.      Children's Minnesota objects to any Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act, Minn. Stat. § 144.291, et seq.

5.      Children's Minnesota objects to any Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act, Minn. Stat. § 13.01, et seq.

6.      Children's Minnesota objects to any Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act, Minn. Stat. § 325M.10, et seq.  Information described in paragraphs 2-6, above, which generally consists of highly sensitive health information specific to pediatric patients, is collectively referred to as the "Subject Information".

7.      Children's Minnesota objects on the grounds that the Government has not satisfied its burden to show that it has a sufficient legal basis upon which to demand information from or about Children's Minnesota and/or its providers, personnel, and/or patients, including in connection with any Federal health care offense defined in 18 U.S.C. § 24(a). In light of this apparent deficiency, Children's Minnesota further objects that any benefit to the government from

obtaining the information it seeks by its extraordinarily broad and invasive requests is outweighed by (1) Children's Minnesota's rights to be free from producing information will unduly threaten and undermine patient and public confidence and trust in its providers and its provision of medical services, and (2) by the rights of individual patients (including their guardians or family members) who are not proper targets of or parties to any investigation arising under 18 U.S.C. § 24(a).

8.     Children's Minnesota's responses assume the words used in the Requests have their ordinary and customary meanings without regard to any special meanings assigned to them by the Department of Justice.

9.     Children's Minnesota objects to the extent that the Subpoena's terms, including any defined terms, are vague and ambiguous and/or inconsistent with customary usages of such terms in medical industry settings.

10.     Children's Minnesota objects to the extent that any Request that is not made pursuant to a lawful authority, not made for a lawful purpose, and/or that is not relevant to such lawful purpose.

11.     Children's Minnesota objects to each Request to the extent that it is unreasonable, including because it is overly broad, unduly burdensome, harassing, or otherwise sought for an improper purpose.

12.     Children's Minnesota objects to the extent that any Request constitutes an unreasonable, overly broad, or overly onerous search and seizure within the prohibition of the Fourth Amendment.

13.     Children's Minnesota does not waive and expressly preserves these General Objections and any specific objections raised below in the event it may furnish materials or other information coming within the scope of any such objections.

3

## DOCUMENT REQUESTS

**DOCUMENT REQUEST NO. 1:** Complete personnel files for each employee, contractor, or affiliate of the  Company in the following categories: (a) executives, management employees, or board members with authority to direct any aspect of the Company's affairs; (b) employees, contractors, or affiliates who have authority to prescribe medications or perform medical evaluations; and (c) employees, contractors, or affiliates who are engaged in billing activities.

**RESPONSE:** Children's Minnesota objects on the grounds that the term "personnel files" is vague and ambiguous. Children's Minnesota objects to this Request to the extent it calls for the production of information or documents protected by the attorney-client privilege, the work-product doctrine, or other privileges.

Subject to and without waiving this and the General Objections above, Children's Minnesota will produce responsive documents.

**DOCUMENT REQUEST NO. 2:** All documents, including billing records, insurance claims, internal protocols, or guidance, concerning the use of ICD (*i.e.,* International Classification of Diseases) diagnosis codes in connection with the treatment of minor patients receiving gender-related care.

**RESPONSE:** Children's Minnesota objects on the grounds that this information is not relevant to investigation of the matters at issue under the Subpoena. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which

4

disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment. Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act.  Children's Minnesota is withholding from production documents that contain Subject Information on the basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

Subject to and without waiving this and the General Objections above, Children's Minnesota will produce responsive documents that do not contain Subject Information.

**DOCUMENT REQUEST NO. 3:** All documents that show or relate to any use of diagnosis codes for minors other than those specifically identifying transsexualism, gender dysphoria, gender

incongruence, or gender identity disorder (*e.g.,* codes for endocrine disorder, unspecified hormonal disorders, medication management, etc.).

**RESPONSE:** Children's Minnesota objects on the grounds that this information is not relevant to investigation of the matters at issue under the Subpoena. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment. Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act. Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act. Children's Minnesota objects to this Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act. Children's Minnesota is withholding from production documents that contain Subject Information on the

basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

Subject to and without waiving this and the General Objections above, Children's Minnesota will produce responsive documents that do not contain Subject Information.

**DOCUMENT REQUEST NO. 4:** All documents reflecting communications among Company employees (including physicians, billing staff, and administrators), or between the Company and any third party, relating to whether or how to code or bill for treatment of gender dysphoria by using alternative diagnoses or alternative ICD codes.

**RESPONSE:** Children's Minnesota objects on the grounds that this information is not relevant to investigation of the matters at issue under the Subpoena. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment. Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the

Minnesota Health Records Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act.  Children's Minnesota is withholding from production documents that contain Subject Information on the basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

Subject to and without waiving this and the General Objections above, Children's Minnesota will produce responsive documents that do not contain Subject Information.

**DOCUMENT REQUEST NO. 5:** All communications with public or private health care benefit programs or plans regarding the use of ICD codes for gender-related care, including any inquiries, denials, or appeals related to claims for such care.

**RESPONSE:** Children's Minnesota objects on the grounds that this information is not relevant to investigation of the matters at issue under the Subpoena. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects

8

to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment. Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act. Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act. Children's Minnesota objects to this Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act. Children's Minnesota is withholding from production documents that contain Subject Information on the basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

Subject to and without waiving this and the General Objections above, Children's Minnesota will produce responsive documents that do not contain Subject Information.

**DOCUMENT REQUEST NO. 6:** Any training materials, coding manuals, presentations, or communications relating to billing or coding practices for gender-related care, puberty blockers, or hormone therapy.

**RESPONSE:** Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under

any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment.  Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act. Children's Minnesota objects to this Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act.  Children's Minnesota is withholding from production documents that contain Subject Information on the basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

Subject to and without waiving its General Objections above, Children's Minnesota will produce responsive documents**.**

**DOCUMENT REQUEST NO. 7:** All documents relating to communications between You and any pharmaceutical manufacturer of puberty blockers or hormones, or any compounding pharmacy

providing puberty blockers or hormones, relating to the use of such drugs in gender-related care for minors.

**RESPONSE:** Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment. Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act. Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act. Children's Minnesota objects to this Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act. Children's Minnesota is withholding from production documents that contain Subject Information on the basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

11

Subject to and without waiving its General Objections above, Children's Minnesota will produce responsive documents.

**DOCUMENT REQUEST NO. 8:** All documents relating to communications with pharmaceutical sales representatives, marketing departments, or medical science liaisons regarding the use of puberty blockers or hormones for gender-related care or the treatment of gender dysphoria, including with regard to the safety and efficacy of such drugs for those uses.

**RESPONSE:** Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment.  Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act. Children's Minnesota objects to this Request to the extent that it calls for information that is

12

personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act.  Children's Minnesota is withholding from production documents that contain Subject Information on the basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

Subject to and without waiving its General Objections above, Children's Minnesota will produce responsive documents.

**DOCUMENT REQUEST NO. 9:** All documents, including presentations and promotional materials, received from pharmaceutical manufacturers or compounding pharmacies concerning uses of their products in minors for gender-related care or for the treatment of gender dysphoria, including so-called "scientific exchange" materials.

**RESPONSE:** Subject to and without waiving its General Objections above, Children's Minnesota will produce responsive documents.

**DOCUMENT REQUEST NO. 10:** All documents relating to contracts, sponsorships, speaking engagements, consulting agreements, grants, or financial or promotional arrangements between You and any manufacturer or compounder of puberty blockers or hormones.

**RESPONSE:** Subject to and without waiving its General Objections above, Children's Minnesota will produce responsive documents.

**DOCUMENT REQUEST NO. 11:** Documents sufficient to identify each patient (by name, date of birth, social security number, address, and parent/guardian information) who was prescribed puberty blockers or hormone therapy.

**RESPONSE:** Children's Minnesota objects on the grounds that this information is not relevant to investigation of the matters at issue under the Subpoena. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment.  Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act. Children's Minnesota is withholding from production documents that contain Subject Information on the

14

basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

**DOCUMENT REQUEST NO. 12:** For each such patient identified in Subpoena specification 11, *supra,* documents relating to the clinical indications, diagnoses, or assessments that formed the basis for prescribing puberty blockers or hormone therapy.

**RESPONSE:** Children's Minnesota objects on the grounds that this information is not relevant to investigation of the matters at issue under the Subpoena. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment. Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted under, the Minnesota Health Records Act. Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act. Children's Minnesota objects to this Request

15

to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act. Children's Minnesota is withholding from production documents that contain Subject Information on the basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

**DOCUMENT REQUEST NO. 13:** All documents relating to informed consent, patient intake, and parent or guardian authorization for minor patients identified in Subpoena specification 11, *supra,* including any disclosures about off-label use (*i.e.,* uses not approved by the United States Food and Drug Administration) and potential risks.

**RESPONSE:** Children's Minnesota objects on the grounds that this information is not relevant to investigation of the matters at issue under the Subpoena. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment. Children's Minnesota objects to this Request to the extent that it calls for

16

information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act. Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act. Children's Minnesota objects to this Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act. Children's Minnesota is withholding from production documents that contain Subject Information on the basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.

**DOCUMENT REQUEST NO. 14:** All documents reflecting communications with pharmaceutical manufacturers, compounding pharmacies, or government agencies relating to the safety of puberty blockers or hormones used in the treatment of minor patients.

**RESPONSE:** Subject to and without waiving its General Objections above, Children's Minnesota will produce responsive documents.

**DOCUMENT REQUEST NO. 15:** All documents relating to any adverse event, side effect, or medically unfavorable consequence or outcome in a minor patient with regard to gender-related care.

**RESPONSE:** Children's Minnesota objects on the grounds that this information is not relevant to investigation of the matters at issue under the Subpoena. Children's Minnesota objects to this

Request on the grounds that it calls for the production of information or documents that include Individually Identifiable Health Information or Protected Health Information, or for which disclosure is not permitted, under HIPAA, or under any other state or federal privacy laws or regulations that limit or prohibit disclosure of patient health information or records, medical information or records, or clinical information or records, including but not limited to Protected Health Information or Individually Identifiable Health Information. Children's Minnesota objects to this Request on the grounds that it calls for the production of information or documents protected by the psychotherapist-patient privilege or any applicable physician-patient privilege or privilege that applies to psychologists, registered nurses, social workers or others engaged in patient mental health treatment.  Children's Minnesota objects to this Request to the extent that it calls for information that includes health records, or for which disclosure is not permitted, under the Minnesota Health Records Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is private data on individuals, or for which disclosure is not permitted, under the Minnesota Government Data Practices Act.  Children's Minnesota objects to this Request to the extent that it calls for information that is personal data or sensitive data, or for which processing is not permitted, under the Minnesota Consumer Data Privacy Act.  Children's Minnesota is withholding from production documents that contain Subject Information on the basis of these objections. Children's Minnesota is available to meet and confer regarding whether any of the requested information can be produced in a manner that addresses these objections.


Dated: July 8, 2025                                    LATHROP GPM LLP


                                                       By: /s/ *David Archer*_____
                                                       David Archer (MN Lic. No. 0399150)

18

Jesse Berg (MN Lic. No. 327086)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.632.3313
david.archer@lathropgpm.com
jesse.berg@lathropgpm.com

Jean Paul Bradshaw (MO Lic. No. 31800)
2345 Grand Blvd., Suite 220
Kansas City, Missouri 64108
jeanpaul.bradshaw@lathropgpm.com

**ATTORNEYS FOR CHILDREN'S HEALTH CARE d/b/a CHILDREN'S MINNESOTA**