**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| In the Matter of Subpoena Duces Tecum No. 25-1431-017 to Children's Health Care d/b/a Children's Minnesota | Case No. 0:26-mc-00026-ECW |

**JOINT MOTION TO EXTEND RESPONSE DEADLINE**

COME NOW Movant, Children's Health Care d/b/a Children's Minnesota ("Movant") and Respondent, United States Department of Justice ("Respondent") (collectively, "the Parties"), by and through counsel, and respectfully move that the Court extend Respondent's response deadline to May 25, 2026. In support of their Joint Motion, the Parties state as follows:

1. Movant filed its Motion to Quash Subpoena on May 4, 2026. (ECF No. 1.)

2. Pursuant to Local Rule 7.1(b)(2), Respondent's deadline to respond is May 11, 2026.

3. The Parties have conferred and jointly request an extension until May 25, 2026, for the filing of Respondent's response to Movant's Motion to Quash Subpoena.

4. The Parties state that the requested extension is sought in good faith and for good cause. It will not prejudice any Party or non-party, nor will it materially delay the proceedings.

5. The Parties' Counsel have jointly drafted this Joint Motion and will file a Proposed Order contemporaneously.

1

WHEREFORE, Movant and Respondent respectfully request that the Court enter an

Order extending Respondent's deadline to respond to May 25, 2026.

Dated: May 8, 2026

| **LATHROP GPM LLP** | **UNITED STATES DEPARTMENT OF JUSTICE** |
|---|---|
| By: */s/ David C. Archer* | BRETT A. SHUMATE |
| David C. Archer (MN Lic. No. 0399150) | Assistant Attorney General |
| 3100 IDS Center | |
| 80 South Eighth Street | JORDAN C. CAMPBELL |
| Minneapolis, MN 55402 | Deputy Assistant Attorney General |
| Telephone: 612.632.3313 | |
| david.archer@lathropgpm.com | LISA K. HSIAO |
| | Acting Director |
| | Enforcement & Affirmative Litigation Branch |
| Jean Paul Bradshaw* (MO Lic. No. 31800) | |
| Jackson Hobbs* (MO Bar #71004) | |
| 2345 Grand Blvd., Suite 220 | |
| Kansas City, Missouri 64108 | */s/ Steven R. Scott* |
| Telephone: 816.292.2000 | ROSS S. GOLDSTEIN |
| jeanpaul.bradshaw@lathropgpm.com | PATRICK R. RUNKLE |
| jackson.hobbs@lathropgpm.com | Assistant Directors |
| * Admitted Pro Hac Vice | STEVEN R. SCOTT |
| | Trial Attorney |
| **ATTORNEYS FOR CHILDREN'S HEALTH CARE d/b/a CHILDREN'S MINNESOTA** | U.S. Department of Justice |
| | Enforcement & Affirmative Litigation Branch |
| | P.O. Box 386 |
| | Washington, DC 20044 |
| | Tel: (202) 286-5293 |
| | Steven.r.scott@usdoj.gov |