# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of Subpoena Duces Tecum No. 25-1431-017 to Children's Health Care d/b/a Children's Minnesota | No. 0:26-mc-00026-ECW<br><br>**CHILDREN'S HEALTH CARE D/B/A CHILDREN'S MINNESOTA'S NOTICE OF VOLUNTARY DISMISSAL AND WITHDRAWAL OF MOTION** |

Children's Health Care d/b/a Children's Minnesota's ("CMN"), by and through counsel, states that it has conferred with and resolved its dispute with the United States Department of Justice and voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own fees and costs. For the avoidance of doubt, CMN also withdraws its Motion to Quash Subpoena (ECF Nos. 1-5).

Dated: May 20, 2026

By: */s/ David C. Archer*
David C. Archer (MN Lic. No. 0399150)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.632.3313
david.archer@lathropgpm.com

Jean Paul Bradshaw* (MO Lic. No. 31800)
Jackson Hobbs* (MO Bar #71004)
2345 Grand Blvd., Suite 220
Kansas City, Missouri 64108
Telephone: 816.292.2000
jeanpaul.bradshaw@lathropgpm.com
jackson.hobbs@lathropgpm.com

\* Admitted Pro Hac Vice

**ATTORNEYS FOR CHILDREN'S HEALTH CARE d/b/a CHILDREN'S MINNESOTA**